# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2023-2310
L.T. Case No. 2022-CA-31007-CICI

_____

WILLIE WATTS,

    Appellant,

    v.

STATE OF FLORIDA and
DEPARTMENT OF CORRECTIONS,

    Appellees.

_____

On appeal from the Circuit Court for Volusia County,
Dennis Craig, Judge.

Willie Watts, Daytona Beach, pro se.

Ashley Moody, Attorney General, and Sheron Wells, Assistant Attorney General, Tallahassee, for Appellees.

April 16, 2024

PER CURIAM.

    AFFIRMED.

    EDWARDS, C.J., and SOUD and MACIVER, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____